# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CRAIG PETERSON, **Plaintiff,** v. BROOKDALE SENIOR LIVING, COMMUNITIES, INC., **Defendant.** | Case No. 19-2727-JAR-TJJ |

## CORRECTED ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on March 30, 2020 (Doc. 21). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations by Magistrate Judge Teresa J. James, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that that in accordance with the March 30, 2020 Report and Recommendation (Doc. 21), Defendant's Motion to Dismiss or, in the Alternative, to Stay Proceedings and Compel Arbitration (Doc. 4) is **granted**, and that this matter shall be stayed pending arbitration; Plaintiff's Motion for Leave to File Sur-Reply (Doc. 12) is also **granted**;

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report on or before **October 15, 2020.**

**IT IS SO ORDERED.**

Dated: April 15, 2020

 S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE